FILED
JAN 06 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

Craig Timothy Smith

vs

(Full name of defendant(s))

Bartholomew Co. Jail

Sheriff Matt Myers

Officer D. Mesel

Case Number:

1:20-cv-0038 SEB-MJD

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of _Indiana_ (State), and is located at

   _Bartholomew Co. Jail 543 Second St. Columbus, IN 47201_
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Bartholomew Co. Jail, Sheriff Matt Myers, Officer D. Mesel_
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at __543 2nd St. Columbus, IN. 47201__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Bartholomew Co. Jail__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff Craig T. Smith is an inmate in the Bartholomew Co. Jail in Columbus, IN. On December 2, 2019, at approx 3pm he was asked to step out of the block at which time he was handed attorney client correspondance which the facility had opened prior to him being present. They laughed it off, said sorry, sent him back to his cell. Attorney client correspondance I believe is protected by your 4th amendment Constitutional Right. He was called to the hall so that there was no witnesses to this (but there is video in the

in the hall. Legal mail is usually brought right in with the rest of mail. But the break down begins with a negligent facilty not training each officer how to properly deliver the legal mail. Some open it, some have you open it, some dont care. So I see a negligence on the facilty represented by the Sheriff, Matt Myers, to negligence on officer A. Megal, for delivering the opened mail.

Plaintiff filed the jail grievance's, were responded to saying they didnt open it on purpose...

Yet the harm being as they violated my constitutional rights and try to act like it's no big deal. I couldnt accidently shoot someone and say "no harm no foul," "I didn't do it on purpose". I would be held accountable and charged to the fullest extent of the law. Therefore I feel for violating my constitutional rights, infringing

upon his attorney client confidentiality, that they also should be held accountable.

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like suit filed in the amount 75000.00 per defendant, a written letter of apology, and a more uniformed procedure in the handling of legal correspondence.

E.  **JURY DEMAND**

☐ Jury Demand – I want a jury to hear my case
     OR

☒ Court Trial – I want a judge to hear my case

Dated this __30__ day of __December__ 20__19__.

Respectfully Submitted,

_Craig T. Smith_
Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number

_543 Second Street_
_Columbus, Indiana   47201_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.