UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CRAIG TIMOTHY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00038-SEB-MJD |
| | ) | |
| BARTHOLOMEW CO. JAIL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Granting Motion for Leave to Proceed *In Forma Pauperis***

The plaintiff's motion for leave to proceed *in forma pauperis*, dkt.[8], is **granted** to the extent that the plaintiff is assessed an initial partial filing fee of Twenty Dollars and Twenty Cents ($20.20). *See* 28 U.S.C. § 1915(b)(1). The plaintiff shall have **through March 10, 2020**, in which to pay this sum to the clerk of the district court.

The plaintiff is informed that after the initial partial filing fee is paid, he will be obligated to make monthly payments of 20 percent of the preceding month's income each month that the amount in his account exceeds $10.00, until the full filing fee of $350.00 is paid. 28 U.S.C. § 1915(b)(2). After the initial partial filing fee is received, a collection order will be issued to the plaintiff and the plaintiff's custodian, and the Court will screen the complaint in accordance with 28 U.S.C. § 1915A.

**IT IS SO ORDERED.**

Date:

2/12/2020

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CRAIG TIMOTHY SMITH
BARTHOLOMEW COUNTY JAIL
543 2nd Street
Columbus, IN 47201