UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CRAIG TIMOTHY SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00038-SEB-MJD |
| BARTHOLOMEW CO. JAIL, et al. | ) ) ) |
| Defendants. | ) |

**Entry Directing Further Proceedings**

On February 12, 2020, the Court ordered the plaintiff to pay an initial partial filing fee of Twenty Dollars and Twenty Cents ($20.20) by March 10, 2020. Dkt. 9. That deadline has passed and the plaintiff has failed to do so or otherwise respond. Therefore, the plaintiff shall have **through April 17, 2020**, to pay the initial partial filing fee or explain why doing so is not possible. The failure to do so by this date will result in the dismissal of this action without further warning. *See* 28 U.S.C. § 1915(b)(1) (requiring court to assess and collect an initial partial filing fee).

   IT IS SO ORDERED.

Date:

   3/26/2020

*[signature: Sarah Evans Barker]*

   SARAH EVANS BARKER, JUDGE
   United States District Court
   Southern District of Indiana

Distribution:

CRAIG TIMOTHY SMITH
BARTHOLOMEW COUNTY JAIL
543 2nd Street
Columbus, IN 47201